IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE MARLIN CORP, | No. C05-02587 MJJ |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| SEDGWICK AND CEDAR CORP, | |
| Defendant. | |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of Section E.2 of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated:       8/2/2005

MARTIN J. JENKINS
United States District Judge