Jennifer Lee Taylor (SBN 161368)
  (JLeeTaylor@mofo.com)
Maame A.F. Ewusi-Mensah (SBN 222968)
  (MEwusiMensah@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Telefacsimile: (415) 268-7522

Attorneys for Plaintiff
BLUE MARLIN CORP.

Perry J. Viscounty (SBN 132143)
  (Perry.Viscounty@lw.com)
Michael Woodrow De Vries (SBN 211001)
  (Mike.DeVries@lw.com)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

John D. Minton (SBN 223823)
  (John.Minton@lw.com)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendant
SEDGWICK AND CEDAR CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE MARLIN CORP., a California corporation,<br><br>                Plaintiff,<br><br>v.<br><br>SEDGWICK AND CEDAR CORP., a Connecticut corporation, and DOES 1 through 10,<br><br>                Defendants. | No.    C 05-02587 PJH<br><br>[~~PROPOSED~~] ORDER DISMISSING COMPLAINT WITH PREJUDICE<br><br>[Fed.R.Civ. Proc. 41(a)(1)]<br><br>Honorable Phyllis J. Hamilton |

[PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE
Case No C05-02587 PJH
sf-1987177

1  The Court, pursuant to stipulation and Rule 41(a)(1) of the Federal Rules of Civil
2  Procedure, hereby ORDERS AS FOLLOWS:
3      1.    The Complaint filed by Blue Marlin Corp. is hereby dismissed with prejudice;
4  and
5      2.    All claims brought in the above-captioned action are hereby dismissed with
6  prejudice; and
7      3.    Each party will bear its own costs and attorneys fees in this action.
8  IT IS SO ORDERED.
9      Dated: August 22, 2005

_____
The Hon. Phyllis J. Hamilton
Judge, United States District Court